■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v ANTHONY GIANNATTASIO, Defendant. [994 NYS2d 312]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the County Court, Rockland County, rendered April 17, 2013.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Eng, P.J., Sgroi, Maltese and Barros, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD GRIFFIN, Appellant. [994 NYS2d 311]—

Appeal by the defendant, as limited by his brief, from so much of an order of the Supreme Court, Kings County (Pesce, J.), dated December 10, 2012, as denied, without a hearing, that branch of his motion which was pursuant to CPL 440.30 (1-a) for DNA testing of certain evidence.

Ordered that the order is affirmed insofar as appealed from.

The Supreme Court properly denied, without a hearing, that branch of the defendant's motion which was pursuant to CPL 440.30 (1-a) for DNA testing of certain evidence, since there was no reasonable probability that the verdict would have been more favorable to the defendant had the DNA tests been performed and the results admitted at trial (*see People v Bellezza*, 119 AD3d 598 [2014]; *People v Johnson*, 112 AD3d 969 [2013]). Skelos, J.P., Dickerson, Maltese and LaSalle, JJ., concur.